UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UGUIMAR FELIPE REZENDE,

                Petitioner,

v.                                       25-cv-6538-MAV

                                                     **ORDER TO SHOW CAUSE**

PAMELA BONDI, *et al.*,

                Respondents.

---

      Petitioner Uguimar Felipe Rezenda, a Brazilian citizen, filed the instant petition for a writ of habeas corpus under 28 U.S.C. § 2241 on October 3, 2025, while being held as a civil immigration detainee at the Buffalo Federal Detention Facility. ECF No. 1. Accordingly, the Court has jurisdiction over this matter. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443–47 (2004). Among other requests for relief, Petitioner asks this Court to exercise its authority under 28 U.S.C. § 2243 to issue an Order to Show Cause why the petition should not be granted. ECF No. 1 at 13. Petitioner also filed a motion for a temporary restraining order ("TRO") and preliminary injunction, seeking to prevent his transfer out of the Western District of New York, to have an individualized bond hearing within 24 hours, and/or to order his immediate release "under reasonable conditions of supervision." ECF No. 6 at 6; 6-1.

      Under 28 U.S.C. § 2243, the Court must "forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not

entitled thereto." 28 U.S.C. § 2243. The statute further provides that the person to whom the order to show cause is directed shall make a return certifying the true cause of the detention within three days, unless good cause warrants additional time. *Id.* Thereafter, "a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." *Id.*

Therefore, IT IS HEREBY ORDERED that the Clerk of Court shall forthwith serve a copy of the petition, ECF No. 1, the motion for a TRO and preliminary injunction, ECF No. 6, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov; and it is further

ORDERED that counsel for the parties appear for a (virtual) status conference Wednesday, October 8, 2025, at 10:30 AM to discuss the legal and factual matters at issue in this proceeding and schedule the show cause hearing. In that regard, the Court observes that 28 U.S.C. § 2243 provides that "[u]nless the application for the writ and the return present only issues of law, the person to whom the writ is directed shall be required to produce at the [show cause] hearing the body of the person detained," as "the person detained may, under oath, deny any of the facts set forth in the return or allege any other material facts." *Id.* Accordingly, to facilitate the expeditious resolution of this matter, it is further

ORDERED that Respondents refrain from transferring Petitioner out of this District until the Order to Show Cause is resolved; and it is further

ORDERED that by 12:00 PM noon on Thursday, October 9, 2025, Respondents show cause why the Petitioner's requested relief pursuant to 28 U.S.C. § 2241 should not be granted; and it is further

ORDERED that Petitioner's reply, if any, shall be filed by 4:00 PM on Friday, October 10, 2025; and it is further

ORDERED that Petitioner's motion for a TRO, ECF No. 6, is DENIED given this Order to Show Cause. The Court will defer any scheduling of a hearing on Petitioner's request for a preliminary injunction until after the instant Order to Show Cause proceedings have been resolved.

SO ORDERED.

Dated:    October 3, 2025
          Rochester, New York

*Meredith Vacca*
HON. MEREDITH A. VACCA
United States District Judge